UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>      v.<br><br>BALDREE INSURANCE COMPANY and<br>GAB SECRET ACRES HORSE TRAINING<br>CENTER, INC.<br><br>    Defendants. | 20-346 JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case. The status conference scheduled for 2/18/2021 is hereby canceled.

DATED: February 17, 2021

                                                      *s/J. Phil Gilbert*
                                                      UNITED STATES DISTRICT JUDGE